# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:18-cr-53

- vs -    District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

THURSTON LEWIS GOODJOHN,    :

        Defendant.

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 28) to the Magistrate Judge's Report and Recommendations (ECF No. 27).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

June  23 , 2020.

(tp - per Judge Rice authorization after his review)

Walter H. Rice
United States District Judge

1